UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DYLAN SCOTT CORRAL,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SULLIVAN,<br><br>　　　　　Defendant. | No. 2:18-cv-1843 CKD P<br><br><br><br>ORDER |

　　Plaintiff has filed a motion for extension of time to file a second amended complaint. Good cause appearing, IT IS HEREBY ORDERED that:

　　1. Plaintiff's motion for an extension of time (ECF No. 17) is granted; and

　　2. Plaintiff is granted thirty days from the date of this order in which to file a second amended complaint. Failure to file a second amended complaint within 30 days will result in a recommendation that this action be dismissed.

Dated: March 13, 2019

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1/bh
corr1843.36