1

2

3

4

5

6

7

8                        UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    DYLAN SCOTT CORRAL,                      No.  2:18-cv-1843 KJM CKD P

12                    Plaintiff,

13         v.                                  ORDER

14    SULLIVAN, et al.,

15                    Defendants.

16

17         Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief

18    under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge as provided

19    by 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

20         On November 12, 2019, the magistrate judge filed findings and recommendations, which

21    were served on plaintiff and which contained notice to plaintiff that any objections to the findings

22    and recommendations were to be filed within fourteen days.  Plaintiff has filed objections to the

23    findings and recommendations.

24         In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this

25    court has conducted a *de novo* review of this case.  Having reviewed the file, the court finds the

26    findings and recommendations to be supported by the record and by the proper analysis.

27    /////

28    /////

1

1        Accordingly, IT IS HEREBY ORDERED that:

2        1. The findings and recommendations filed November 12, 2019, are adopted in full;

3        2. Plaintiff's second amended complaint is dismissed for failure to state a claim upon

4 which relief can be granted; and

5        3. This case is closed.

6 DATED: March 16, 2020.

7 _____

8 CHIEF UNITED STATES DISTRICT JUDGE