

FILED
OCT 29 2020
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

Clerk of the Court -

I am wanting to know if I have 3 strikes under the Prison Litigation Reform Act 1915(g).

I have 3 dismissals in case #'s:

2:18-CV-1629 TLN CKD (PC)
2:18-CV-1843 - KJM CKD (PC)
2:19-CV-0859 JAM KJN (PC)

Please let me know

Thank You